# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 30, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

147875 & (28)(32)(33)

DESMOND M. WHITE and ROBERT DAVIS,
      Plaintiffs-Appellants,

v

CITY OF DETROIT ELECTION COMMISSION,
CITY CLERK FOR THE CITY OF DETROIT,
WAYNE COUNTY BOARD OF CANVASSERS,
and ACCUFORM, INC.,
      Defendants-Appellees,

and

MIKE DUGGAN,
      Intervening Defendant-Appellee.

SC: 147875
COA: 318683
Wayne CC: 13-013071-AW

_____/

      On order of the Court, the motions for immediate consideration are GRANTED. The motion to strike the intervening defendant's brief in opposition is DENIED. The application for leave to appeal prior to decision by the Court of Appeals is considered, and it is DENIED, because the Court is not persuaded that the questions presented will cause a "delay in final adjudication . . . likely to cause substantial harm" or that "the appeal is from a ruling that a provision of the Michigan Constitution, a Michigan statute, a rule or regulation included in the Michigan Administrative Code, or any other action of the legislative or executive branch of state government is invalid." MCR 7.302(B)(4). The question of awarding costs is reserved until further order of the Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 30, 2013



Clerk

d1030